IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN M. MALDONADO-FONTÁN, *et al.*, <br><br>**Plaintiffs,** <br><br>v. <br><br>MOROVIS COMMUNITY HEALTH CENTER, INC., <br><br>**Defendant.** | **CIVIL NO.** 11-2246(JAG) |

**JUDGMENT**

Pursuant to the Opinion and Order issued today, (Docket No. 39), Judgment is hereby entered dismissing Plaintiffs' federal claims **with prejudice.** The state law claims are hereby dismissed **without prejudice**.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of August, 2013.

S/ Jay A. García-Gregory
JAY A. GARCÍA-GREGORY
United States District Judge